**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Edith Hernandez and Rene Gomez, individually and on behalf of other employees similarly situated, Plaintiffs<br><br>v.<br><br>YSL Care, Inc., d/b/a Columbus Manor Residential Care, and Afzal Lokhandwala, individually, Defendants. | Case No. 1:16-cv-5558<br><br>Hon. Judge Ellis |

## JOINT STIPULATION OF DISMISSAL

The parties to the above entitled action, by their respective attorneys, and pursuant to Fed. R. Civ. P. 41(a)(1), stipulate the following:

1. The parties have reached a settlement of the above-captioned action.

2. The parties therefore stipulate that this matter shall be dismissed in its entirety, without prejudice, with each party incurring its own attorneys' fees and costs, except as otherwise provided for by the parties' settlement agreement.

3. On January 2, 2017, absent a motion by either party to enforce the settlement agreement, the dismissal of this matter shall convert automatically to a dismissal with prejudice.


Respectfully submitted,

| | |
|---|---|
| s/ Raisa Alicea | s/Judd Lofchie |
| Raisa Alicea | Judd Lofchie |
| Consumer Law Group, LLC | Judd Lofchie & Associates, Inc. |
| 6232 N. Pulaski, Suite 200 | 1585 Beverly Ct., Ste. 129 |
| Chicago, IL 60646 | Aurora, IL 60502 |